**Order filed April 28, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00989-CR

_____

**JAMEL  JUREA  WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1426876**

## ORDER

The reporter's record in this case was due January 11, 2016.  *See* Tex. R. App. P. 35.1.  The record comprises six volumes. Volumes 1, 2, 3, 4, and 6 have been filed. **Patricia Palmer** is responsible for filing **volume 5**. This court has granted Palmer three extensions until March 21, 2016 to file volume 5. When the last extension was granted, we stated that no further extensions would be granted. Volume 5 has not been filed.

Accordingly, we **ORDER** Patricia Palmer to file volume 5 of the record by **May 12, 2016**. If volume 5 of the record is not timely filed as ordered, this court will abate the appeal and order the trial court to conduct a hearing to determine the reason for failure to file the volume.


PER CURIAM